IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNETTE GRINES, | CASE NO. 5:12-CV-03597-EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| LOCKHEED MARTIN SPACE SYSTEMS COMPANY, ET AL., | |
| Defendants. | |

On November 1, 2013, the parties came before the Honorable Edward J. Davila for a hearing on this court's previous Order to Show Cause. See Dkt. No. 21. During that hearing the parties agreed that the case should be dismissed on November 12, 2013 unless the parties filed their final settlement documents with the court by that date. See Dkt. No. 26. The parties having failed to file these documents, the court hereby ORDERS counsel for both parties and Ms. Grines to appear on November 22, 2013 at 11:00 a.m. in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed in accordance with their agreement during the November 1, 2013 hearing and pursuant to Federal Rule of Civil Procedure 41(b). No continuances shall be granted.

On or before November 15, 2013, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

1

CASE NO. 5:12-CV-03597-EJD
ORDER TO SHOW CAUSE

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before November 19, 2013.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

**IT IS SO ORDERED.**

Dated: November 12, 2013

EDWARD J. DAVILA
United States District Judge