IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LYNETTE GRINES, | CASE NO. 5:12-cv-03597 EJD |
| Plaintiff(s), | **ORDER SETTING DEADLINE TO FILE DISMISSAL** |
| v. | |
| LOCKHEED MARTIN SPACE SYSTEMS COMPANY, et. al., | |
| Defendant(s). | |

This case having been finally resolved at the hearing on November 22, 2013 (see Docket Item No. 31), the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) on or before **December 16, 2013.**

**IT IS SO ORDERED.**

Dated: December 6, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03597 EJD
ORDER SETTING DEADLINE TO FILE DISMISSAL